

**NUMBER 13-14-00121-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOSE JUAN GARCIA,                                                                      **Appellant,**

**V.**

CARLOS TORRES SANTINI,                                                         **Appellee.**

### On Appeal from the County Court at Law No. One
### of Hidalgo County, Texas.

# ORDER OF ABATEMENT

**Before Justices Garza, Benavides, and Perkes**
**Order Per Curiam**

This cause is before the Court on appellant's motion for extension of time to seek legal counsel and to file appellant's brief. On April 17, 2014, this Court issued an order granting appellant's counsel's motion to withdraw. The reporter's record has not been filed and the briefing schedule has not begun.

Appellant's motion for extension of time to seek legal counsel is GRANTED. Accordingly, the appeal is abated to provide appellant the opportunity to seek new counsel. This appeal is ordered ABATED until June 2, 2014 or upon further order of this Court.

Appellant is directed to notify the Court, on or before June 2, 2014, if he has retained new counsel by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6.

It is so ORDERED.

PER CURIAM

Delivered and filed the
9th day of May, 2014.

2